UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14054-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY COZART STIERS,

    Defendant.
_____/

FILED by _____ D.C.
JAN 25 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS SET FORTH IN PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a final hearing in respect to the pending Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit these violations, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on January 25, 2013 for a final hearing in respect to a Petition Alleging Violations Of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about March 1, 2011, in St. Lucie County, Florida, the defendant did commit the offense of RICO-conduct in enterprise through pattern of racketeering activity, contrary to Florida Statute 895.03.3 (St. Lucie County Case No. 2011CF000715). |
| **Violation Number 2** | **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or about July 1, 2009 through October 27, 2010, the defendant associated with Geoffrey Brock Walter, a white male, born December 9, 1967, through their employment at Community Youth |

Program, Inc., in which they were involved in RICO-conduct in enterprise through pattern of racketeering activity.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit the two violations set forth in the Petition. The government also announced the possible maximum penalties which the Defendant was facing. The Defendant stated that he understood those penalties. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The government pointed out that the St. Lucie County case number set forth in Violation Number 1 was actually consolidated with a lower case number which is St. Lucie County Case No. 2011CF000714. The Defendant stated under oath at this change of plea hearing that he pled guilty to the underlying conduct in state court which serves as the factual basis for the two violations set forth in this Petition.

**ACCORDINGLY**, based upon the Defendant's admissions to the two violations under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers One and Two inclusive as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules

of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of January, 2013 at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Adam McMichael
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal